**O'BRIEN BROTHERS, Inc., Appellant, v. CITY OF NEW YORK, Appellee, and Max J. Adler and Marcillino Fiorillo, Impleaded, Appellees.**

Circuit Court of Appeals, Second Circuit. November 4, 1929.

No. 45.

James A. Martin and Edward E. Elder, both of New York City, for appellant.

Arthur J. W. Hilly, Corp. Counsel, of New York City (Matthew J. Troy and John T. Condon, both of New York City, of counsel), for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (36 F.(2d) 102) affirmed.